Belknap,
May 4, 1909.

### O'DONNELL *v.* MEREDITH *& a.*

A mortgagee who redeems the mortgaged property within thirty days after its sale for taxes cannot complain of the purchaser's failure to notify him of the sale.

Real estate may be sold at public auction if the tax thereon is not paid on or before the first day of January next after its assessment.

An ice-house standing on leased land is real estate for purposes of taxation, and may be held for all taxes assessed against the holder of the legal title.

BILL IN EQUITY, brought under section 1, chapter 64, Laws 1895, praying that a tax sale be decreed invalid and that the defendants or their tax collector be ordered to repay to the plaintiff the sum of $36.94.   Transferred from the March term, 1908, of the superior court by *Stone*, J., without a ruling, upon an agreed statement of facts.

In 1906, the plaintiff took a mortgage of an ice-house erected on leased land in Meredith.   In 1907, the town taxed the mortgagor for the house and other personal property.   He did not pay his taxes when due, and on December 2, 1907, the collector advertised the house for sale, and on January 16, 1908, sold it to the town for all the taxes assessed against the mortgagor.   The plaintiff redeemed before February 2, 1908.   He now insists that the sale is invalid because   (1) he was not legally notified of it,

(2) the proceedings were begun prematurely, and (3) the collector had no lien on the house.

*Walter S. Peaslee*, for the plaintiff.

*Charles B. Hibbard*, for the defendants.

YOUNG, J. 1. The plaintiff paid the town before the time to notify him of the sale had expired, and therefore he is in no position to complain of want of notice. P. S., *c.* 61, *s.* 8.

2. It was the mortgagor's duty either to pay his taxes or to expose personal property within fourteen days after he was notified of the tax; and as he failed to do either, the collector was authorized to sell the house when and as he did, provided it is real estate within the meaning of section 13, chapter 60, Public Statutes, which is held to give the collector a lien on the mortgagor's real estate for all the taxes assessed against him. *Drew* v. *Morrill*, 62 N. H. 23, 26.

3. Section 21, chapter 61, Public Statutes, makes such a building as the ice-house in question real estate within the meaning of section 13, chapter 60, Public Statutes. Consequently the collector had a lien upon it for all the mortgagor's taxes.

*Case discharged.*

All concurred.